STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Jeffry HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-454 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JEFFRY HILL, | |
| Defendant. | |

**I.     STIPULATION**

The parties in this case agree and jointly request the Court to move the status conference scheduled in the above captioned case from December 13, 2016 to January 17, 2017 at 2:30 p.m. The reason for this request is that defense counsel requires additional time to review discovery, which to date includes over 17,000 pages of accounting records, over 10,000 pages of other paper discovery, and audio recordings and electronic device data.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel.  *See* 18 U.S.C. §

3161(h)(7)(B)(iv).  The parties also agree that the end of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED:       December 12, 2016                _____/s/_____
                                              BENJAMIN KINGSLEY
                                              Assistant United States Attorney

DATED:       December 12, 2016                _____/s/_____
                                              GALIA AMRAM
                                              Attorney for Defendant Jeffry Hill

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from December 12, 2016 to January 17, 2017.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 12/12/16                               _____
                                              THE HONORABLE RICHARD SEEBORG
                                              United States District Judge