```
 1   BRIAN J. STRETCH (CABN 163973)
     United States Attorney
 2
     BARBARA J. VALLIERE (DCBN 430353)
 3   Chief, Criminal Division

 4   BENJAMIN KINGSLEY (NYBN 4758389)
     Assistant United States Attorney
 5
            450 Golden Gate Avenue, Box 36055
 6          San Francisco, California 94102-3495
            Telephone: (415) 436-6937
 7          Fax: (415) 436-7234
            Benjamin.Kingsley@usdoj.gov
 8
     Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: 16-00454 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | ) |
| JEFFRY HILL, | ) |
| Defendant. | ) |

The parties request that the time between February 7, 2017, and May 9, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The government has produced substantial discovery to defendant and defense counsel is reviewing it. Excluding time until May 9, 2017, will allow for the effective preparation of counsel, and the ends of justice served by this delay outweigh the defendant's and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS SO STIPULATED.

Dated: February 9, 2017                    /s/
                                           BENJAMIN KINGSLEY
                                           Assistant United States Attorney

Dated: February 9, 2017                    /s/
                                           GALIA AMRAM
                                           Counsel for Defendant Jeffry Hill

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-00454 RS

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The Court finds that the exclusion of the period from February 7, 2017, and May 9, 2017, from |
| 3 | the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the |
| 4 | continuance outweigh the interests of the public and the defendants in the prompt disposition of this |
| 5 | criminal case; and that the failure to grant the requested exclusion of time would deny counsel for |
| 6 | defendant the reasonable time necessary for effective preparation and of counsel, taking into account the |
| 7 | particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of |
| 8 | justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). |
| 9 | IT IS SO ORDERED. |

Dated: 2/10/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-00454 RS