STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Galia_Amram@fd.org

Counsel for Defendant HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 16–454 RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING** |
| v. | **Court:** Courtroom 3, 17th Floor |
| JEFFRY HILL, | **Hearing Date:** May 23, 2017 |
| Defendant. | **Hearing Time:** 2:30 p.m. |

The above-entitled matter is currently scheduled for a status conference on May 9, 2017 at 2:30 p.m. Counsel for the parties represent that they are close to reaching an agreement on a plea. Therefore, the parties stipulate and agree to continue the hearing scheduled for May 9, 2017, until Tuesday, May 23, 2017 for a change of plea hearing.

\\

\\

\\

Respectfully submitted,

Dated: May 4, 2017

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
GALIA AMRAM
Assistant Federal Public Defender

Respectfully submitted,

Dated: May 4, 2017

BRIAN STRETCH
United States Attorney
Northern District of California

_____/S_____
BENJAMIN KINGLSEY
Assistant United States Attorney

# [PROPOSED] ORDER

For the reasons stated above, the Court hereby continues the hearing set in the above-captioned matter until May 23, 2017 at 2:30 p.m. for a change of plea.

IT IS SO ORDERED.

DATE: 5/5/17

_____
HON. RICHARD SEEBORG
United States District Judge