STEVEN G. KALAR
Federal Public Defender
Northern District of California
GRACE DILAURA
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Grace_DiLaura@fd.org

Counsel for Defendant Hill

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JEFFRY HILL,<br><br>     Defendant. | **Case No.:** CR 16–00454 RS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Ellen Leonida is now the attorney for Jeffry Hill, and Grace DiLaura no longer represents Mr. Hill.  Any further notices on this matter shall be submitted to Ms. Leonida and not Ms. DiLaura.


Dated:    July 27, 2018                                         Respectfully submitted,

                                                                STEVEN G. KALAR
                                                                Federal Public Defender
                                                                Northern District of California

                                                                            /S
                                                                GRACE DILAURA
                                                                Assistant Federal Public Defender

SUBSTITUTION OF COUNSEL
*HILL*, CR 16–00454 WHA

1