RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JEFFRY HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-0454-RS** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| JEFFRY HILL | |
| Defendant. | |

Notice is hereby given that Randy Sue Pollock enters a general appearance in this case on behalf of Jeffry Hill.

Date: October 31, 2019                    Respectfully submitted,


                                          /s/
                                          RANDY SUE POLLOCK
                                          Counsel for Jeffry Hill