1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        Helen.Gilbert@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,         ) No. 3:16-cr-454 RS
                                       )
14 |     Plaintiff,                    ) NOTICE OF ADDITIONAL COUNSEL
                                       )
15 |   v.                              )
                                       )
16 | JEFFRY HILL,                      )
                                       )
17 |     Defendant.                    )
                                       )
18

19      The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the

20 Court that Assistant United States Attorney Helen L. Gilbert appears in this matter in addition to AUSA

21 Benjamin Kingsley.  Future ECF notices should be sent to Assistant United States Attorney Gilbert with

22 the following contact information:

23 //

24 //

25 //

26 //

27 //

28

1  Helen L. Gilbert, helen.gilbert@usdoj.gov, 450 Golden Gate Avenue, San Francisco, CA 94102.  AUSA
2  Benjamin Kingsley remains as counsel for the government in this case..

4  DATED:  May 11, 2021                                  Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney

                                                         *s/Helen L. Gilbert*
                                                         _____
                                                         HELEN L. GILBERT
                                                         Assistant United States Attorney