```
1   RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
2   286 Santa Clara Avenue
    Oakland, CA 94610
3   Telephone: 510-763-9967
4   Facsimile: 510-380-6551
    rsp@rspollocklaw.com
5
6   Attorneys for Defendant
    JEFFRY HILL
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 16-00454-RS |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF WITHDRAWAL** |
| ) | **OF ERRONEOUS FILING [DKT. 154]** |
| JEFFRY HILL, ) | |
| ) | |
| Defendant ) | |

Defendant Hill, by and through his counsel, hereby withdrawals the Stipulation to continue sentencing, Dkt. 154. A corrected stipulation will be submitted on this date.

Date: September 22, 2025                              Respectfully submitted,


                                                      /s/_____
                                                      RANDY SUE POLLOCK
                                                      Counsel for Defendant Hill

*Notice of Withdrawal of Erroneous Filing [Dkt. 154]*
UNITED STATES VS. HILL, CR. 16-00454-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Notice of Withdrawal of Erroneous Filing [Dkt. 154]*
UNITED STATES VS. HILL, CR. 16-00454-RS